# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Isabel Lopez,<br><br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 25-cr-230 (JRT/DJF) |
| Date: | June 12, 2025 |
| Court Reporter: | Erin Drost |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 9:03 a.m. |
| Time Concluded: | 9:13 a.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

  Plaintiff: Rebecca Kline and Melinda Williams, Assistant U.S. Attorneys
  Defendant: Jordan Kushner
        X Retained

**Indictment Dated:** June 10, 2025

  X Indictment Read on the Record    X Not Guilty Plea Entered

Other Remarks:
X Counsel notified of additional dates by separate Order.

                                                                     *s/nah*
                                                       Signature of Courtroom Deputy