IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Isabel Lopez, Defendant. | **COURT MINUTES - CRIMINAL** BEFORE: JOHN F. DOCHERTY U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 25-cr-230 (JRT/DJF) |
| Date: | June 12, 2025 |
| Court Reporter: | Erin Drost |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 9:13 a.m. |
| Time Concluded: | 9:20 a.m. |
| Time in Court: | 7 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Rebecca Kline and Melinda Williams, Assistant U.S. Attorneys
Defendant: Jordan Kushner
    X Retained

On  X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

*s/nah*
Signature of Criminal Duty Clerk