

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  Telephone: (612) 664-5600
*300 South Fourth Street*  Fax: (612) 664-5787
*Minneapolis, MN 55415*

September 29, 2025

VIA ECF

The Honorable Dulce J. Foster
United States Magistrate Judge, District of Minnesota
United States District Court
300 South 4th Street
Minneapolis, MN 55415

Re:   *U.S. v. Isabel Lopez*, Criminal No. 25-230 (JRT/DJF)

Dear Judge Foster,

The government writes in response to the Court's September 24, 2025, order at ECF No. 50 and to provide a summary of its discovery disclosures to the defendant, Isabel Lopez, in the above-captioned case.

As of today's date, the government has made four productions of discoverable materials to Ms. Lopez, through her counsel, Mr. Jordan Kushner, Esq.  The first of these productions was made on June 24, 2025, and contained 829 pages of law enforcement reports, photographs, and videos and posts from social media and other public sources.

The government notified Mr. Kushner that an external hard drive would be needed in order to produce the extensive number of media files that had been collected by law enforcement in connection with the case. On June 30, 2025, after receiving that drive, the government made an additional production of 49 body-worn camera videos, along with 3 additional open-source videos.

On July 28, 2025, the government made a third production of 209 additional media files. The majority of these additional files consisted of body-worn camera.  The remainder were surveillance videos from City of Minneapolis Milestone cameras on June 3, 2025 and the building in Saint Paul where Ms. Lopez was arrested on June 9, 2025.

On August 8, 2025, the government made a fourth production, which consisted of an additional 170 pages of photographs and documents and an additional 20 open-source videos.

The government believes its discovery productions to be largely complete, with a few exceptions. First, as noted in the government's response to Ms. Lopez's pretrial motions, it recently discovered that the search warrant and corresponding data extraction from Ms. Lopez's phone had mistakenly not been turned over. The government has requested that Mr. Kushner provide the government with his external hard drive so the extraction can be copied over as soon as possible.

Second, Mr. Kushner has requested information from the government regarding law enforcement officer identities which he believes is not contained in the corresponding incident reports that were produced. The government is presently working with the FBI to positively identify the officers that Ms. Lopez had physical contact with on June 3 and June 9. The government will provide an update regarding timing for that information in the parties' joint letter on October 1. Third, Mr. Kushner has requested that the government identify which officer's body-worn camera is portrayed in each body-worn camera file, as the file names do not contain officer information. The government is also working to obtain this information and will provide an update in the joint letter.

Finally, the government has not turned over grand jury transcripts but will do so prior to trial in accordance with *Jencks* obligations.

The government understands and will comply with its Rule 16 duty to supplement if additional information, beyond the outstanding items above, comes into its possession.

Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

*/s/ Rebecca E. Kline*
REBECCA E. KLINE
Assistant U.S. Attorney