UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-230 (JRT/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MISDEMEANOR** |
| v. | ) | **INFORMATION** |
| | ) | |
| ISABEL LOPEZ, | ) | 18 U.S.C. § 111(a) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Assaulting, Resisting, and Impeding a United States Officer)

On or about June 3, 2025, in the State and District of Minnesota, the defendant,

**ISABEL LOPEZ,**

forcibly assaulted, impeded, intimidated, and interfered with a person designated in Section 1114 of Title 18, namely, an officer and employee of the United States, to wit, Victim A, while said Officer was engaged in and on account of the performance of official duties, and such acts constituted simple assault, all in violation of 18 U.S.C. § 111(a)(1).



LT SCANNED
JUN 0 4 2026
U.S. DISTRICT COURT MPLS

*United States v. Lopez*

Dated: June 4, 2026

DANIEL N. ROSEN
United States Attorney


*/s/ Rebecca E. Kline*

BY:  REBECCA E. KLINE
Assistant United States Attorney
U.S. Attorney's Office
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415
Office: (612) 664-5600
rebecca.kline@usdoj.gov
MN Atty ID: 0401277

*United States v. Lopez*

2